# United States District Court
## District of South Dakota
Office of the Clerk
225 South Pierre Street, Room 405
Pierre, SD 57501

Joseph Haas                                                                                                        Telephone
Clerk of Court                                                                                                  (605) 945-4600


November 2, 2017

**Logan Lundahl**
885 US HWY 385
Oelrichs, SD 57763

Re:     1:17-cv-0129-CBK – Logan Lundahl v. Burtis L. Roberts et. al.

Dear Logan Lundahl:

  This is to advise you that our office received your Complaint, and Motion for Leave to Proceed Without Prepayment of Fees on November 1, 2017. A new case was opened on your behalf and assigned to Charles B. Kornmann United States District Judge, along with the above-referenced case number. Enclosed is a courtesy copy of the docket sheet for your case and a Civil Cover Sheet. Please complete the Civil Cover Sheet and return to this office.

  Please be advised that any future documents or correspondence you send to our office concerning your case must have the above-referenced case number listed on them. All documents submitted for filing must also contain an original signature. You are not required to provide the court with copies of documents submitted for filing. Discovery requests, such as interrogatories and requests for production of documents, and responses to discovery requests cannot be filed with the court. Instead, you must mail discovery requests and responses directly to the defendant or, if represented, to counsel. Do not mail discovery requests to the defendant or defense counsel until <u>after</u> the defendant has filed an Answer or Motion to Dismiss.

  When this office receives documents for filing, the documents are electronically scanned and the scanned documents become the new official court record. The quality of the official court record is determined by the quality of the original documents submitted for filing. Therefore, I strongly recommend that any writing contained in documents you submit for filing be dark enough for scanning and only be printed on one side of the paper. All documents must be on 8 ½ x 11 inch paper.

  You will receive copies of any court orders issued in your case. If you completed and returned the CM/ECF Pro Se Litigant Application Form requesting electronic notice, you will receive all unrestricted documents electronically. It is important that you keep copies of all documents filed in your case for your own records, including documents you submit for filing. If you request copies, you will be charged fifty cents ($0.50) per page.

  Due to the large volume of cases filed in this court and the court's limited resources, the clerk's office cannot respond to inquiries regarding the status of your case. In addition, judges,

PSNP-M

magistrate judges, the clerk of court, and our office are precluded from giving legal advice to litigants and will not respond to any such inquiries from you concerning your case.

        Sincerely,

        /s/ Kathy M. Hammond

        Kathy M. Hammond
        Deputy In Charge

KMH: sac
Encl.

PSNP-M